

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger Lawyers
Title Insurance Corporation, Barclays Capital Real Estate Inc. d.b.a HOMEQ, as servicing Agent
for Duetsche Bnk. National Trust Company as Trustee,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

## O R D E R

Pursuant to our order of April 8, 2015, appellant David Medrano filed a statement of points and issues to be presented on appeal. Our order also required Medrano to file with his statement any objections to the additions to the reporter's record requested by appellees. Medrano did not file any objections.

Accordingly, we order appellant to file written proof by **May 1, 2015** that he has paid court reporters Mary Berry and Brooke Wagner for the additions to the record requested by appellees. *See* TEX. R. APP. P. 34.6(c)(3). If appellant fails to file such proof by the date ordered, he will not be entitled to the presumption in Texas Rule of Appellate Procedure 34.6(c)(4).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2015.

Keith E. Hottle
Clerk of Court